# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RICHARD SHRECK                                                          PETITIONER
ADC #160939

V.                            NO. 4:21-cv-556-JTR

DEXTER PAYNE, Director,                                                 RESPONDENT
Arkansas Division of Correction

## JUDGMENT

Consistent with the Memorandum and Order filed this date, Shreck's petition for a writ of habeas corpus is dismissed with prejudice.

DATED this 15th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE